| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED<br>Apr 30 2020<br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE | 19CR03535-002-BAS |
| | | DOCKET NUMBER *(Rec. Court)*<br>CR 20-00184-EJD |

| NAME AND ADDRESS OF<br><br>Jose Ruiz-Montes | DISTRICT<br>Southern California | DIVISION<br>San Diego |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Cynthia Ann Bashant<br>U.S. District Judge | |
| | DATES OF<br>supervised release | FROM<br>02/24/2020 | TO<br>02/23/2021 |

OFFENSE

18 U.S.C. § 1001, False Statement to Government Agency, a Class D felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/24/2020
Date

*(signature)* Cynthia Ann Bashant
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

April 28, 2020
Effective Date

*(signature)* United States District Judge

bmc